Before GARY M. GAERTNER, Sr., P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

ORDER

PER CURIAM.

Appellant, Steven Smith, pleaded guilty to one count of felony stealing in violation of Section 570.030 RSMo (2000). and one count of second degree burglary in violation of Section 569.170 RSMo (2000). He appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. He contends he did not enter his guilty plea knowingly and voluntarily because his plea attorney provided ineffective assistance. We affirm.

We reviewed the briefs of the parties and the record on appeal, and we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Laura Krasser, Jefferson City, MO, for Appellant.

Daniel E. Nack, St. Charles, MO, for Respondent.

Before GARY M. GAERTNER, P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER, III, J.

ORDER

PER CURIAM.

The Director of Revenue appeals the trial court's reinstatement of Shane Hurst's (hereinafter, "Hurst") driving privileges which were revoked after he refused to submit to a breathalyzer test claiming Hurst had a reasonable opportunity to contact an attorney.

We have reviewed the briefs of the parties, the legal file, and the transcripts and find the motion's court decision was not clearly erroneous. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed. Rule 84.16(b).

**Shane Steven HURST, Respondent,**

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.**

No. ED 78344.

Missouri Court of Appeals, Eastern District, Division Three.

June 5, 2001.

**Bryan Keith JOHNSON, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 77976.

Missouri Court of Appeals, Eastern District, Division Four.

June 5, 2001.